UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARK FELDER, | No. C-11-4830 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| GLEN E. DYER DETENTION, *et al.*, | |
| Defendants. | |

Plaintiff filed this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983, complaining that he did not receive adequate medical care after he broke his finger on September 24, 2005. Upon initial review pursuant to 28 U.S.C. § 1915A, the Court determined that Plaintiff's complaint failed to state a claim upon which relief may be granted and granted Plaintiff leave to file an amended complaint. The Court cautioned Plaintiff that failure to file an amended complaint by the deadline would result in the dismissal of this action. *See* Docket # 6, p. 5. At Plaintiff's request, the Court repeatedly extended the deadline for him to file an amended complaint, most recently setting a deadline of December 7, 2012, in an order that cautioned that no further extensions of the deadline would be granted and the action would be dismissed if an amended complaint was not filed by the

///
///
///
///
///

deadline. Docket # 15. Plaintiff did not file an amended complaint, and the deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The Clerk will close the file.

   IT IS SO ORDERED.

Dated: January 4, 2013

_____
EDWARD M. CHEN
United States District Judge